This space for Recorder's use

DocID#

Property Address:
259 Hardscrabble ROAD
Limington, ME 04049-3005
Property Location:
Township of LIMINGTON
ME0M-AM 33426324 E 7/9/2015 FCL01

Recording Requested By:
Bank of America
Prepared By:
Bank of America
800-444-4302
1800 Tapo Canyon Road
Simi Valley, CA 93063

When recorded mail to:
CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

MERS Phone #:  888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (herein "Assignor"), whose address is P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR BEST RATE FUNDING CORP., ITS SUCCESSORS AND ASSIGNS hereby assign and transfer to BANK OF AMERICA, N.A. (herein "Assignee"), whose address is C/O BAC, M/C: CA6-914-01-43, 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063, and its successors and assigns all its right, title, and interest in and to a certain Mortgage described below.

Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BEST RATE FUNDING CORP., ITS SUCCESSORS AND ASSIGNS
Borrower(s): SHAWN M. COTE AND CHERYL L. COTE, JOINT TENANTS
Date of Mortgage: 5/11/2006
Original Loan Amount: $200,000.00

Recorded in York County, ME on: 6/5/2006, book 14857, page 0788 and instrument number 2006028695

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR BEST RATE
FUNDING CORP., ITS SUCCESSORS AND ASSIGNS

By: *[signature]*
Krishnavaili Naggan-Standefer, Assistant Vice President
Date  07/09/2015

EXHIBIT D

**Notarial Acknowledgment**

State of Arizona
County of Maricopa

On  **7·9·15**  , before me, Melodye A Davis, Notary Public, personally appeared Krishnavani Naggan-Standefer, Assistant Vice President of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BEST RATE FUNDING CORP., ITS SUCCESSORS AND ASSIGNS**, whose identity was proven to me on the basis of satisfactory evidence to be the person who he or she claims to be and whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notorial seal the day and year last written.

_____
Notary Public: Melodye A Davis

Melodye A Davis
Notary Public
Maricopa County, Arizona
My Comm. Expires 7-14-16

Attached to: Assignment of Mortgage
Date: 7·9·15
Page: 2 of 2

DocID#