

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **BANK OF AMERICA, N.A., WHOSE ADDRESS IS 4909 SAVARESE CIRCLE, TAMPA, FL 33634**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **SPECIALIZED LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 8742 LUCENT BLVD., STE 300, HIGHLAND RANCH, CO 80129 (800)315-4757, ITS SUCCESSORS AND ASSIGNS**, (ASSIGNEE).

Said Mortgage is dated 05/11/2006, made by **SHAWN M. COTE AND CHERYL L. COTE** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BEST RATE FUNDING CORP., ITS SUCCESSORS AND ASSIGNS** and recorded on 06/05/2006 in **Book 14857, Page 0788 and Doc # 2006028695**, in the office of the Recorder of **YORK** County, **Maine**.

IN WITNESS WHEREOF, this assignment was executed on APR 20 2017 (MM/DD/YYYY).
BANK OF AMERICA, N.A.

By: _____
Jessica Figueroa
ASSISTANT VICE PRESIDENT

STATE OF FLORIDA    COUNTY OF HILLSBOROUGH    APR 20 2017
The foregoing instrument was acknowledged before me on _____ (MM/DD/YYYY), by Jessica Figueroa as ASSISTANT VICE PRESIDENT of BANK OF AMERICA, N.A., who, as such ASSISTANT VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Debora Patricia Marrero
Notary Public - State of FLORIDA
Commission expires: 02/12/18

DEBORA PATRICIA MARRERO
Notary Public, State of Florida
Commission# FF 92424
My comm. expires Feb. 12, 2018

Instrument Prepared By: Lisa Moore, Bank of America, N.A. 4909 Savarese Circle, Tampa, FL 33634 (800) 444-4302
When Recorded Return To: Bank of America, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
          MA13644   MIN  MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T181704-02:24:19 [C-1]  FRMME1




**EXHIBIT E**