**MAINE**
COUNTY OF **YORK**
LOAN NO.:



WHEN RECORDED MAIL TO: FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402, PH. 208-528-9895

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **SPECIALIZED LOAN SERVICING LLC**, located at **8742 LUCENT BLVD. STE. 300, HIGHLANDS RANCH, CO 80129**, Assignor, does hereby grant, assign, transfer, and set over unto **FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2019-3 AS OWNER OF THE RELATED MORTGAGE LOAN**, located at **C/O SELECT PORTFOLIO SERVICING, 3217 SOUTH DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119**, Assignee, its successors and assigns, all Assignor's interest in and to that certain Mortgage dated **MAY 11, 2006**, executed by **SHAWN M. COTE AND CHERYL L. COTE, JOINT TENANTS**, as Mortgagor(s), to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR BEST RATE FUNDING CORP., ITS SUCCESSORS AND ASSIGNS**, Original Mortgagee, and recorded on **JUNE 05, 2006** in Book **14857** at Page **0788** as Instrument No. **2006028695** in the office of the Register of Deeds in the County of **YORK**, State of **MAINE**.

TOGETHER with all rights accrued or to accrue to said Mortgage.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **MARCH 25, 2020**.

**SPECIALIZED LOAN SERVICING LLC**

_____
**LISA M. CARTER, ASSISTANT SECRETARY**

STATE OF **IDAHO**        COUNTY OF **BONNEVILLE**    ) ss.

On **MARCH 25, 2020**, before me, **DALLAS STEPHENSON**, personally appeared **LISA M. CARTER** known to me to be the **ASSISTANT SECRETARY** of **SPECIALIZED LOAN SERVICING LLC** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

_____
**DALLAS STEPHENSON (COMMISSION EXP. 02/13/2021)**
NOTARY PUBLIC

DALLAS STEPHENSON
Notary Public - State of Idaho
Commission Number 65062
My Commission Expires Feb 13, 2021

Page 1 of 1

MERS PHONE: 1-888-679-6377



EXHIBIT F