After recording, return to:

Federal Home Loan Mortgage
Corporation, as Trustee
c/o Wright, Finlay & Zak, LLP
Attention: Annabelle de la Mora
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

## QUITCLAIM ASSIGNMENT OF MORTGAGE

WHEREAS, Best Rate Funding Corp., a California Corporation ("Lender"), is identified as the "Lender" on a certain mortgage executed by Shawn M. Cote and Cheryl L. Cote, and bearing the date of May 11, 2006, securing the real property located in the State of Maine, with an address of 259 Hardscrabble Road, Limington, Maine 04049, and recorded on June 5, 2006, in York County's Registry of Deeds as Document #2006028695, in Book 14857, Pages 0788-0803 (hereinafter the "Mortgage");

WHEREAS, pursuant to an Order Appointing Receiver to Carry Out Court Judgment entered by the Superior Court of California (County of Orange) (the "Order"), Richardson Griswold was appointed as receiver for Lender to execute this Quitclaim Assignment, a true copy of the Order is attached hereto as **Exhibit A**;

WHEREAS Lender has certain rights that are described in the Mortgage;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that Mortgage Electronic Registrations Systems, Inc. has or had in the Mortgage; and

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Federal Home Loan Mortgage Corporation, as Trustee for the Benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3, all of its rights, title and interests (whatever they may be, if any) in the Mortgage.

BEST RATE FUNDING CORP., a
California Corporation

By: _____
Richardson Griswold, Court Appointed
Receiver

EXHIBIT
G

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Diego__ )

On __April 3, 2023__ before me, __Jamie Eberhardt, Notary Public__
(insert name and title of the officer)
personally appeared __Richardson Griswold__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> JAMIE EBERHARDT
> Notary Public - California
> San Diego County
> Commission # 2293966
> My Comm. Expires Jul 16, 2023

Signature __Jamie Eberhardt__ (Seal)