UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3**<br><br>**Plaintiff**<br><br>vs.<br><br>**Shawn M. Cote and Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote**<br><br>**Defendants**<br><br>**Portfolio Recovery Associates LLC**<br><br>**Party-in-Interest** | **CIVIL ACTION NO: 2:23-cv-00302-JAW**<br><br>**CONSENT JUDGMENT OF FORECLOSURE AND SALE**<br><br>RE:<br>**259 Hardscrabble Road, Limington, ME 04049**<br><br>Mortgage:<br>May 11, 2006<br>Book 14857, Page 788 |

Now comes the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3, Defendant, Shawn M. Cote, and the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote, and hereby submit this Consent Judgment of Foreclosure and Sale. Defendant, Shawn M. Cote, and Party-in-Interest, Portfolio Recovery Associates LLC, were defaulted on October 16, 2023.

On August 3, 2020, prior to Cheryl L. Cote passing away, Shawn M. Cote, by virtue of a Quitclaim Deed, recorded in the York County Registry of Deeds in **Book 18330, Page 442,** conveyed any and all of his interest in the subject property to Cheryl L. Cote, without the mortgage holder's knowledge consent or approval.

Upon information and belief, Cheryl L. Cote died on June 17, 2021. On or about June 30, 2023, a petition was filed in the York County Probate Court to appoint Benjamin P. Campo, Jr., Esq.

as Personal Representative of the Estate of Cheryl L. Cote. On November 14, 2023, Benjamin P. Campo, Jr., Esq. was appointed Special Administrator of the Estate of Cheryl L. Cote by the Honorable Scott M. Houde of the York County Probate Court in Docket No. 2023-0593.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

The Defendant **Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote** acknowledges the debt to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 ("Federal Home Loan Mortgage Corporation as Trustee") in the amount adjudged due and owing of ($168,524.41) and affirmatively waives the 90 day right of redemption in accordance with 14 M.R.S.A § 6322.

The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $111,882.79 |
| Interest | $12,832.32 |
| Deferred Principal Balance | $18,911.03 |
| Taxes | $9,390.37 |
| Insurance | $3,928.28 |
| Valuations | $425.00 |
| Preservation | $10,982.67 |
| Inspections | $171.95 |
| Grand Total | $168,524.41 |

1. Pursuant to the waiver of the Defendant, Ben Campo's waiver of the 90 day Right of Redemption as that time period is calculated in accordance with 14 M.R.S.A. § 6322, all remaining Right title and interest of the Estate including any remaining rights to possession of the Limington Property shall terminate, and Federal Home Loan Mortgage Corporation as Trustee shall conduct a public sale of the Limington Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $168,524.41 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 4 of this Judgment, and in accordance with 14 M.R.S.A.

§ 6324. Federal Home Loan Mortgage Corporation as Trustee may not seek a deficiency judgment against the Defendants, pursuant to Defendant, Shawn M. Cote's discharge in bankruptcy and his transfer of his interest in the property to Cheryl Cote prior to her death, and pursuant to Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote's lack of personal liability.

2. Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote waives the appeal period granted by 14 M.R.S.A. § 2401(3)(F), as the subject property is vacant, abandoned and has become a nuisance to the Town of Limington, ME, and the prompt public sale is in the best interest of the Defendants as well as the Town and the public due to health and safety concerns.

3. The amount due and owing is $168,524.41 and the mortgage loan is in default, as a result of the Defendants, Shawn M. Cote and Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote, having failed to comply with the terms of the Note, the object of this litigation, are in breach of both the Note and Mortgage. Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote, is not personally liable, and Defendant, Shawn M. Cote's, personal liability is limited and/or extinguished by the Chapter 7 bankruptcy filed which resulted in a bankruptcy discharge, accordingly this action does not seek personal liability on the part of Defendants, and this judgment shall act solely as an *in rem* judgment against the property.

4. The priority of interests is as follows:

    ● Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 has first priority, in the amount of $168,524.41, pursuant to the subject Note and Mortgage.

● Portfolio Recovery Associates LLC, who has been defaulted, has the second priority behind the Plaintiff pursuant to a Judgment in the amount of $4,259.02 dated November 1, 2018, and recorded in the York County Registry of Deeds in Book 17835, Page 171.

● Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote has the third priority behind the Plaintiff.

● Shawn M. Cote has no remaining interest in the property or the sale proceeds, if any, where, as here, he deeded his interest to Cheryl prior to her death.

5. The prejudgment interest rate is 4.62500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 5.24%.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3<br>8200 Jones Branch Drive<br>McLean, VA 22102 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote<br>Douglas McDaniel Campo, 490 Walnut Hill Road<br>North Yarmouth, ME 04097 | Pro Se |
|  | Shawn M. Cote<br>23 Deer Hill Road North<br>Standish, ME 04084 | Pro Se |

PARTIES-IN-INTEREST

                        Portfolio Recovery Associates LLC     Pro Se
                        120 Corporate Blvd.
                        Norfolk, VA 23502

a) The docket number of this case is No. 2:23-cv-00302-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 259 Hardscrabble Road, Limington, ME 04049, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 259 Hardscrabble Road, Limington, ME 04049. The Mortgage was executed by Cheryl L. Cote and Shawn M. Cote on May 11, 2006. The book and page number of the Mortgage in the York County Registry of Deeds is Book 14857, Page 788.

e) The Defendants, Shawn M. Cote and Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote, having failed to comply with the terms of the Note, the object of this litigation, are in breach of both the Note and Mortgage. Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Cheryl L. Cote, is not personally liable, and Defendant, Shawn M. Cote's, personal liability is limited and/or extinguished by the Chapter 7 bankruptcy filed which resulted in a bankruptcy discharge, accordingly this action does not seek personal liability on the part of Defendants, and this judgment shall act solely as an *in rem* judgment against the property.

f) This judgment shall not create any personal liability on the part of the Defendants

but shall act solely as an *in rem* judgment against the property, 259 Hardscrabble Road, Limington, ME 04049.

Dated:  November 30, 2023   /s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Dated: November 29, 2023   /s/Benjamin P. Campo, Jr. Esq.
Benjamin P. Campo, Jr., Esq. as Special Administrator of the Estate of Cheryl L. Cote
Douglas McDaniel Campo
490 Walnut Hill Road
North Yarmouth, ME 04097

**SO ORDERED**

**DATED THIS 4ᵗʰ DAY OF December, 2023**   /s/ John A. Woodcock, Jr.
**U.S. DISTRICT JUDGE**